| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Brian C. Nicholas, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>bnicholas@kmllawgroup.com<br>609-250-0700<br>Attorneys for Wilmington Savings Fund Society, FSB, et al.<br><br>In Re:<br>   Alexis Jacobo Flores | **Order Filed on June 26, 2018**<br>**by Clerk, U.S. Bankruptcy**<br>**Court - District of New Jersey**<br><br>Case No:   18-10886 SLM<br>Hearing Date: 5/23/2018<br>Chapter 13<br>Judge: Honorable Stacey L. Meisel |

Recommended Local Form:  ☐ Followed   ☒ Modified

## CONSENT ORDER DENYING MOTION FOR SANCTIONS AND AGREEING TO REVIEW SALE OF PROPERTY TO THIRD PARTY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 26, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**WHEREAS** on January 16, 2018 this Chapter 13 Bankruptcy Petition was filed by Debtor, Alexis Jacobo Flores; and

**WHEREAS** on January 17, 2018, debtor filed a motion to reinstate the automatic stay as there were multiple previous dismissed bankruptcies filed before this one; and

**WHERAS** on January 22, 2018, the motion to reinstate the automatic stay was withdrawn by debtor; and

**WHEREAS** on January 16, 2018, real property located at 140 Knapp Ave, Clifton, NJ was sold by the Passaic County Sheriff pursuant to a final judgment of foreclosure and writ of execution entered in F-22559-16; and

**WHEREAS** on February 21, 2018, debtor file a "Motion for Contempt" against Wilmington Savings Fund Society, FSB, Selene Finance and Marinosci Law Group, P.C. essentially attempting to unwind the foreclosure sale; and

**WHEREAS** on March 5, 2018, debtor, through separate counsel, filed an Order to Show Cause in the state court foreclosure, seeking to vacate the sheriff sale; and

**WHEREAS** on April 18, 2018, the Honorable Thomas J. LaConte, P.J.Ch. entered an Order denying the application to vacate the sheriff sale but extending the borrowers ability to redeem the property to May 17, 2018; and

**WHEREAS**, May 17, 2018 has come and gone and the borrower has not redeemed the property; and

**WHEREAS** on May 14, 2018 Alexis Flores filed a Complaint in the Federal District Court of New Jersey under docket number 2:18-cv-09224; and

**WHEREAS** the debtor has provided a contract for the sale of the subject property to a third party for the sum of $300,000.00 to Jersey Realty Properties, LLC; and

**WHEREAS** the parties have amicably agreed to resolve all disputes between them;

**IT IS HEREBY ORDERED** that within ten (10) days of this Order, Alexis Jacobo Flores shall file a notice of dismissal, with prejudice of the Federal District Court Complaint under docket number 2:18-cv-9224; and

**IT IS FURTHER ORDERED** secured creditor agrees to review the contract for the sale or real property located at 140 Knapp Ave, Clifton, NJ to Jersey Realty Properties, LLC in the amount of $300,000.00; and

      **IT IS FURTHER ORDERED** that if secured creditor deems the contract adequate, it may sell the subject property directly to Jersey Realty Properties, LLC; however, there is no legal obligation for it to agree to the sale; and

      **IT IS FURTHER ORDERED** that the motion for sanctions is hereby denied with prejudice.

**CONSENTED AND AGREED TO:**

_____  6/14/18
Brian C. Nicholas, Esq.
KML Law Group, P.C.
Attorneys for Wilmington Savings Fund Society, FSB, Selene Finance and Marinosci Law Group, P.C.

_____
David Stevens, Esq.
Scura, Wigfield, Heyer & Stevens, LLP
Attorney for Debtor, Alexis Jacobo Flores

_____
Alexis Jacobo Flores