UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brian C. Nicholas, Esq.
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
bnicholas@kmllawgroup.com
609-250-0700
Attorneys for Wilmington Savings Fund Society, FSB, et al.

In Re:
   Alexis Jacobo Flores

**Order Filed on June 26, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No:    18-10886 SLM
Hearing Date: 5/23/2018
Chapter 13
Judge: Honorable Stacey L. Meisel

Recommended Local Form:   ☐ Followed   ☒ Modified

## CONSENT ORDER DENYING MOTION FOR SANCTIONS AND AGREEING TO REVIEW SALE OF PROPERTY TO THIRD PARTY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 26, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**WHEREAS** on January 16, 2018 this Chapter 13 Bankruptcy Petition was filed by Debtor, Alexis Jacobo Flores; and

**WHEREAS** on January 17, 2018, debtor filed a motion to reinstate the automatic stay as there were multiple previous dismissed bankruptcies filed before this one; and

**WHERAS** on January 22, 2018, the motion to reinstate the automatic stay was withdrawn by debtor; and

**WHEREAS** on January 16, 2018, real property located at 140 Knapp Ave, Clifton, NJ was sold by the Passaic County Sheriff pursuant to a final judgment of foreclosure and writ of execution entered in F-22559-16; and

**WHEREAS** on February 21, 2018, debtor file a "Motion for Contempt" against Wilmington Savings Fund Society, FSB, Selene Finance and Marinosci Law Group, P.C. essentially attempting to unwind the foreclosure sale; and

**WHEREAS** on March 5, 2018, debtor, through separate counsel, filed an Order to Show Cause in the state court foreclosure, seeking to vacate the sheriff sale; and

**WHEREAS** on April 18, 2018, the Honorable Thomas J. LaConte, P.J.Ch. entered an Order denying the application to vacate the sheriff sale but extending the borrowers ability to redeem the property to May 17, 2018; and

**WHEREAS**, May 17, 2018 has come and gone and the borrower has not redeemed the property; and

**WHEREAS** on May 14, 2018 Alexis Flores filed a Complaint in the Federal District Court of New Jersey under docket number 2:18-cv-09224; and

**WHEREAS** the debtor has provided a contract for the sale of the subject property to a third party for the sum of $300,000.00 to Jersey Realty Properties, LLC; and

**WHEREAS** the parties have amicably agreed to resolve all disputes between them;

**IT IS HEREBY ORDERED** that within ten (10) days of this Order, Alexis Jacobo Flores shall file a notice of dismissal, with prejudice of the Federal District Court Complaint under docket number 2:18-cv-9224; and

**IT IS FURTHER ORDERED** secured creditor agrees to review the contract for the sale or real property located at 140 Knapp Ave, Clifton, NJ to Jersey Realty Properties, LLC in the amount of $300,000.00; and

**IT IS FURTHER ORDERED** that if secured creditor deems the contract adequate, it may sell the subject property directly to Jersey Realty Properties, LLC; however, there is no legal obligation for it to agree to the sale; and

**IT IS FURTHER ORDERED** that the motion for sanctions is hereby denied with prejudice.

**CONSENTED AND AGREED TO:**

_____  6/14/18
Brian C. Nicholas, Esq.
KML Law Group, P.C.
Attorneys for Wilmington Savings Fund Society, FSB, Selene Finance and Marinosci Law Group, P.C.

_____
David Stevens, Esq.
Scura, Wigfield, Heyer & Stevens, LLP
Attorney for Debtor, Alexis Jacobo Flores

_____
Alexis Jacobo Flores

United States Bankruptcy Court
District of New Jersey

In re:  
Alexis Jacobo Flores  
      Debtor

Case No. 18-10886-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 27, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.  
db          +Alexis Jacobo Flores,   140 Knapp Ave,   2nd Floor,   Clifton, NJ 07011-1942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:

        Brian C. Nicholas    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Charles G. Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        David L. Stevens    on behalf of Debtor Alexis Jacobo Flores dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 5