UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:      Case No.: 18-10886 (SLM)
FLORES, ALEXIS JACOBO      Chapter: 7
     Judge: STACEY L. MEISEL

## NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on OCTOBER 23, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 140 Knapp Avenue<br>Clifton, NJ 07011<br><br>Current Market Value: $240,000.00 |
|---|---|

| Liens on property: | $795,336.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME:      <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u>
FIRM NAME:      <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u>
ADDRESS:      <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u>
TELEPHONE NO:      <u>(973) 597-9100</u>
SUBMITTED BY:      <u>Jay L. Lubetkin</u>  POSITION: <u>Chapter 7 Trustee</u>  PHONE<u>: (973)597-9100</u>
DATED:      <u>September 24, 2018</u>

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-10886-SLM
Alexis Jacobo Flores                                                                            Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 24, 2018
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.
```
db          +Alexis Jacobo Flores,    140 Knapp Ave,    2nd Floor,    Clifton, NJ 07011-1942
517401946    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
517401959    CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517286083   +Discover Bank,    502 Market St.,    Greenwood, DE 19950-9700
517286085   +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
              Hazelwood, MO 63042-2429
517401890   +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
517286086   +Passaic County Sheriff's Office,    77 Hamilton Street,    Paterson, NJ 07505-2070
517286087    Paul Michael Marketing,    1861-09 Union Turnpike,    Flushing, NY 11366
517402275    Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
517286088   +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517286091   +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Ste. B,    Mount Laurel, NJ 08054-2242
517286092   +Unifund CCR Partners,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 00:18:44     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 00:18:39     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517286084    E-mail/Text: mrdiscen@discover.com Sep 25 2018 00:17:41     Discover Bank,    PO Box 3025,
              New Albany, OH 43054-3025
517320645    E-mail/Text: mrdiscen@discover.com Sep 25 2018 00:17:41     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517286090   +E-mail/Text: bkteam@selenefinance.com Sep 25 2018 00:17:51     Selene Finance,
              9990 Richmond Ave.,    Suite 400,    Houston, TX 77042-4546
517286089   +E-mail/Text: bkteam@selenefinance.com Sep 25 2018 00:17:51     Selene Finance,    PO Box 422039,
              Houston, TX 77242-4239
517281449   +E-mail/Text: bkteam@selenefinance.com Sep 25 2018 00:17:51     Selene Finance,
              9990 Richmond Avenue,    Ste. 400 South,    Houston, Texas 77042-4546
                                                                                              TOTAL: 7
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              David L. Stevens    on behalf of Debtor Alexis Jacobo Flores dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com;mmack@scura.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Sep 24, 2018
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                       TOTAL: 6