**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alexis Jacobo Flores | Social Security number or ITIN   xxx–xx–5623 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–10886–SLM | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alexis Jacobo Flores

<u>11/5/18</u>                                             **By the court:**  <u>Stacey L. Meisel</u>
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-10886-SLM
Alexis Jacobo Flores                                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Nov 05, 2018
                              Form ID: 318               Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db              +Alexis Jacobo Flores,    140 Knapp Ave,    2nd Floor,    Clifton, NJ 07011-1942
517401959        CACH, LLC its successors and assigns as assignee,     of FIA Card Services, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517286083       +Discover Bank,    502 Market St.,    Greenwood, DE 19950-9700
517286085       +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                  Hazelwood, MO 63042-2429
517401890       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
517286086       +Passaic County Sheriff's Office,    77 Hamilton Street,    Paterson, NJ 07505-2070
517286087        Paul Michael Marketing,    1861-09 Union Turnpike,    Flushing, NY 11366
517402275        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco
                  Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517286088       +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517286091       +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Ste. B,    Mount Laurel, NJ 08054-2242
517286092       +Unifund CCR Partners,    10625 Techwood Circle,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 00:15:09      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 00:15:07      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517401946        EDI: BECKLEE.COM Nov 06 2018 04:48:00      American Express Centurion Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517286084        EDI: DISCOVER.COM Nov 06 2018 04:48:00      Discover Bank,   PO Box 3025,
                  New Albany, OH 43054-3025
517320645        EDI: DISCOVER.COM Nov 06 2018 04:48:00      Discover Bank,   Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
517286090       +E-mail/Text: bkteam@selenefinance.com Nov 06 2018 00:14:24      Selene Finance,
                  9990 Richmond Ave.,    Suite 400,    Houston, TX 77042-4546
517286089       +E-mail/Text: bkteam@selenefinance.com Nov 06 2018 00:14:24      Selene Finance,   PO Box 422039,
                  Houston, TX 77242-4239
517281449       +E-mail/Text: bkteam@selenefinance.com Nov 06 2018 00:14:24      Selene Finance,
                  9990 Richmond Avenue,    Ste. 400 South,    Houston, Texas 77042-4546
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust
               cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              David L. Stevens    on behalf of Debtor Alexis Jacobo Flores dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 05, 2018
                              Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6